In re BETTS. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) In the matter of the application of Ira E. Betts, late of the town of Delhi, deceased, by Minnie H. Betts, as executrix, etc., of said Ira E. Betts, deceased, and s property owner, to alter and lay out a new highway in the town of Delhi, Delaware county, N. Y., and

the assessment of damages therefor. No opinion. Motion denied. Appellant may serve case within 60 days.